### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  19-20054-CIV-SMITH/GOODMAN

FRANCO FRANCISCO AMPIE ALVAREZ
and all others similarly situated under 29
U.S.C. 216(b),

     Plaintiff,

v.

COUNTER TOPS OF BROWARD CORP, *et al.*,

     Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 48], recommending Plaintiff's Motion for Award of Attorney's Fees and Costs [DE 47] be granted in part.  No objections have been filed.  Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1)    The Magistrate Judge's Report and Recommendation to District Judge **[DE 48]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)    Plaintiff's Motion for Award of Attorney's Fees and Costs **[DE 47]** is **GRANTED IN PART**.  Plaintiff is awarded $7,496.55 in attorney's fees and $790.00 in costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of January, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record